■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH WILCZYNSKI, Appellant.—Judgment, Supreme Court, New York County, rendered on September 6, 1977, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Murphy, P. J., Lupiano, Evans, Lane and Sullivan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN GOODING, Appellant.—Judgment, Supreme Court, New York County, rendered on February 22, 1978, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Murphy, P. J., Lupiano, Evans, Lane and Sullivan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ABILIO SARMIENTO, Appellant.—Judgment, Supreme Court, New York County, rendered on April 4, 1977, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Lupiano, Evans, Lane and Sullivan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WINSTON OVERTON, Appellant.—Judgment, Supreme Court, New York County, rendered on July 7, 1976, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Lupiano, Evans, Lane and Sullivan, JJ.